IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01525-MSK-CBS

DAWN LIKES,

    Plaintiff,

v.

ALPINE CREDIT, INC., and
Does 1-10, inclusive,

    Defendants.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 69

Pursuant to the offer of judgment filed September 3, 2012 and the acceptance thereof filed September 7, 2012, with proof of service, and in accordance with the Federal Rules of Civil Procedure, it is

ORDERED that judgment is entered for Plaintiff Dawn Likes and against Defendant Alpine Credit, Inc., in the amount of $1,001.00. In addition, Plaintiff's costs and reasonable attorney's fees will be added to the judgment as against Defendant; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion. It is

FURTHER ORDERED, that post-judgment interest shall accrue at the rate of 0.17% from the date of entry of judgment.

DATED at Denver, Colorado this   14th   day of September, 2012.

                                        JEFFREY P. COLWELL, CLERK

                                      By:   s/ Edward P. Butler
                                              Edward P. Butler, Deputy Clerk